# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PAu 3-687-742**

Effective date of registration:

August 9, 2013

## Title
- **Title of Work:** KHUMBA

## Completion/Publication
- **Year of Completion:** 2013

## Author
- **Author:** Khumba Film Pty. Ltd.
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** South Africa

## Copyright claimant
- **Copyright Claimant:** Khumba Film Pty. Ltd.
  The Long House, Dreyersdal Farm, Bergvliet, Cape Town, 7945, South Africa

## Rights and Permissions
- **Organization Name:** Cinema Management Group
- **Name:** Dene Anderberg
- **Email:** cmg@cinemamanagementgroup.com
- **Telephone:** 131-030-0995 9
- **Address:** 8730 Wilshire Blvd.
  Suite 416
  Beverly Hills, CA 90211 United States

## Certification
- **Name:** Dene Anderberg
- **Date:** July 22, 2013

Registration #: PAU003687742  
Service Request #: 1-967882581

Cinema Management Group, LLC  
DenÃ© D Anderberg  
8730 Wilshire Blvd  
Suite 416  
Beverly Hills, CA 90211

# EXHIBIT B

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 50.165.143.115 | 4/30/14 10:21:50 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 2 | 50.158.137.56 | 4/30/14 12:24:15 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Woodstock |
| 3 | 71.194.182.72 | 4/29/14 12:58:08 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Matteson |
| 4 | 73.51.142.253 | 4/29/14 02:20:56 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 5 | 71.201.58.205 | 4/28/14 11:27:19 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Lake Forest |
| 6 | 67.173.57.46 | 4/28/14 10:10:09 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Sterling |
| 7 | 98.228.3.47 | 4/28/14 05:51:15 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago Heights |
| 8 | 50.172.161.241 | 4/28/14 01:59:06 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Dekalb |
| 9 | 73.50.113.60 | 4/28/14 05:40:44 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 10 | 50.178.99.238 | 4/28/14 04:09:33 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Richton Park |
| 11 | 69.47.174.37 | 4/28/14 01:51:31 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | WideOpenWest | Illinois | Glen Ellyn |
| 12 | 71.201.194.242 | 4/28/14 01:32:20 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Rockford |
| 13 | 50.172.168.241 | 4/28/14 12:27:18 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Lake Villa |
| 14 | 67.184.82.20 | 4/27/14 06:44:18 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Roselle |
| 15 | 69.136.175.139 | 4/27/14 06:26:18 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Elmwood Park |
| 16 | 98.228.74.57 | 4/27/14 03:56:35 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 17 | 98.253.175.133 | 4/27/14 03:40:58 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Arlington Heights |
| 18 | 24.15.145.232 | 4/27/14 02:50:12 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Plainfield |
| 19 | 69.245.195.151 | 4/26/14 11:17:55 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 20 | 50.151.245.92 | 4/26/14 11:09:36 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Lincolnwood |
| 21 | 73.50.163.193 | 4/26/14 10:03:12 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 22 | 67.173.108.65 | 4/26/14 07:09:21 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Vernon Hills |
| 23 | 73.50.120.29 | 4/25/14 05:46:17 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Aurora |
| 24 | 74.93.73.117 | 4/25/14 04:21:37 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Business C | Illinois | Oak Brook |
| 25 | 71.194.102.242 | 4/25/14 02:01:26 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 26 | 24.13.220.192 | 4/25/14 07:58:04 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Mount Prospect |
| 27 | 24.14.118.248 | 4/25/14 07:00:09 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Sycamore |
| 28 | 67.186.125.218 | 4/25/14 03:00:47 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Aurora |
| 29 | 64.53.201.237 | 4/24/14 11:59:14 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | WideOpenWest | Illinois | Elgin |
| 30 | 98.220.85.112 | 4/24/14 11:27:58 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 31 | 98.253.109.51 | 4/24/14 10:36:35 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Lyons |
| 32 | 73.50.233.23 | 4/24/14 10:21:37 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Saint Charles |
| 33 | 98.193.26.100 | 4/24/14 05:27:25 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 34 | 67.174.31.245 | 4/24/14 04:27:23 PM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Plainfield |
| 35 | 98.213.136.240 | 4/24/14 08:38:22 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Rockford |
| 36 | 98.228.41.162 | 4/24/14 05:59:22 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Sterling |
| 37 | 76.16.255.238 | 4/24/14 03:12:01 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 38 | 98.223.144.137 | 4/24/14 02:18:22 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 39 | 24.12.112.101 | 4/24/14 02:09:23 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 40 | 50.178.58.90 | 4/24/14 01:48:27 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago |
| 41 | 98.214.253.208 | 4/24/14 12:25:02 AM | Khumba (2013) [1080p] | SHA1: 43A0F9BE006DD16EEDE4A01F95DAB5E0D75F70F9 | Comcast Cable | Illinois | Chicago Heights |